STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (221000)
**HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone: 650.637-9100
Facsimile: 650.637-8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
(sued erroneously as State Farm Insurance Company)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ALEJANDRO CORNU, STATE FARM INSURANCE COMPANY; and DOES 1 through 50,<br><br>Defendants. | CASE NO. C09-00661 MHP<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A MOTION TO DROP AND DISMISS A MISJOINED DEFENDANT AND STAY THE LAWSUIT PENDING RESOLUTION OF ARBITRATION** |

### REQUEST FOR ADMINISTRATIVE RELIEF

Pursuant to this Court's Standing Order, paragraph 4, defendant State Farm Mutual Automobile Insurance Company ("State Farm") hereby submits this administrative request for leave to file the attached Motion to Drop and Dismiss a Misjoined Defendant and Stay the Lawsuit Pending Resolution of Arbitration. State Farm respectfully submits there is good cause to hear the motion before the initial Case management Conference because this motion addresses the existence of diversity jurisdiction in this matter.

/ / /

/ / /

/ / /

187565                                -1-

STATE FARM'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MTN TO DROP AND DISMISS A MISJOINED
DEFENDANT AND STAY THE LAWSUIT PENDING RESOLUTION OF ARBITRATION - CASE NO. C09-00661 MHP

Dated: February 13, 2009

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By /s/
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

### [PROPOSED] ORDER

State Farm's administrative request for leave to file the attached Motion to Drop and Dismiss a Misjoined Defendant and Stay the Lawsuit Pending Resolution of Arbitration is hereby granted. Said motion is hereby deemed filed as of the date of this Order. The hearing on said motion is hereby scheduled for April 6, 2009.

Dated: __2/19__, 2009

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

187565

-2-

STATE FARM'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MTN TO DROP AND DISMISS A MISJOINED DEFENDANT AND STAY THE LAWSUIT PENDING RESOLUTION OF ARBITRATION - CASE NO. C09-00661 MHP

| | |
|---|---|
| CASE NAME: | Brown (Jennifer L.) v. State Farm |
| ACTION NO.: | C09-00661 MHP |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Pkwy., Ste. 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A MOTION TO DROP AND DISMISS A MISJOINED DEFENDANT AND STAY THE LAWSUIT PENDING RESOLUTION OF ARBITRATION**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

Jennifer L. Brown, Esq.
BROWN, PENNINGTON
1750 Montgomery Street, Suite 1094
San Francisco, CA 94111-1000
Telephone: 415.864.2727
Facsimile: 415.864.6767

**In Pro Per**

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 18, 2009, at Redwood City, California.

_____
Abigail Bowman

---

PROOF OF SERVICE – CASE NO. C09-00661 MHP