UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JENNIFER L. BROWN,

Plaintiff,

v.

VICTOR ALEJANDRO CORNU, STATE FARM INSURANCE COMPANY; and DOES 1 through 50,

Defendants.
______________________________________/

No. C 09-00661 MHP

**ORDER**

**Re: Defendant's Motion to Drop and Dismiss a Misjoined Defendant and Stay the Lawsuit Pending Resolution of Arbitration**

On September 22, 2008, plaintiff Jennifer Brown brought an action in California Superior Court against defendants Victor Alejandro Cornu ("Cornu"), State Farm Insurance Company ("State Farm") and Does 1-50, alleging various causes of action arising from a car accident with Cornu. On February 13, 2009, defendant State Farm removed the action to this court based on diversity jurisdiction. On February 18, 2009, State Farm moved to drop and dismiss defendant Cornu and stay the action pending resolution of arbitration. On March 13, 2009, plaintiff filed a motion to remand to California Superior Court.

Article III requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case. Ruhrgas AG v. Marathon Oil Co., 526 U.S. 574, 583 (1999). Accordingly, this court must first address whether federal jurisdiction exists over this action before the court can consider other motions presented by the parties. The hearing date for defendant's Motion to Drop and Dismiss a Misjoined Defendant and Stay the Lawsuit Pending Resolution of

United States District Court
For the Northern District of California

Arbitration on April 6, 2009, is hereby **VACATED**, pending consideration of plaintiff's motion to remand.

IT IS SO ORDERED.

Dated: 3/24/09

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

**United States District Court**
For the Northern District of California